Brenda DEMOPULOS, Plaintiff–Appellant,

v.

BATON ROUGE CITY POLICE DEPARTMENT; Jeff Webb, Officer; Earl Rhodes, Sergeant, Defendants–Appellees.

No. 03–30392
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Oct. 22, 2003.

Johnnie Anderson Jones, Sr., Jones & Jones, and James C. Ferguson, Ferguson & Associates, Baton Rouge, LA, for Plaintiff–Appellant.

Arlene C. Edwards, Delatte, Edwards & Marcantel, for Defendant–Appellee.

Before KING, Chief Judge, and JOLLY and STEWART, Circuit Judges.

PER CURIAM:*

Brenda Demopulos appeals the denial of her motion for judgment as a matter of law and, alternatively, for a new trial following a jury verdict in favor of the defendants in her 42 U.S.C. § 1983 suit. She has, however, not provided this court with a trial transcript.

Because Demopulos challenges the sufficiency of the evidence adduced at trial, it is impossible for us to entertain the merits of her appeal absent a trial transcript, and

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

her appeal must be dismissed. *See Richardson v. Henry,* 902 F.2d 414, 416 (5th Cir.1990).

APPEAL DISMISSED.